THORNTON *v.* MARSHALL.

On the facts of this case the defendant below was protected by section 2985 of the code, which declares: "No member of a grand jury is liable to an action for a malicious prosecution upon a presentment made by the body"; and there was no error in denying a new trial.                                        *Judgment affirmed.*

July 24, 1893.

Action for damages.   Before Judge MARTIN.   Taylor superior court.   August term, 1892.

The suit was for maliciously and without probable cause procuring a presentment by the grand jury against the plaintiff for perjury.   The verdict was for the defendant, and plaintiff's motion for a new trial was overruled.

THORNTON & McMICHAEL, for plaintiff.

W. S. WALLACE and WORRILL & LITTLE, for defendant.

---

